# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

ctucker@faillacelaw.com

June 12, 2020

**VIA ECF**

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:      <u>Arriola et al v. ECCGP LLC et al</u>
      Case #:      1:19-cv-00849-FB-SMG

Your Honor,

    We represent Plaintiffs in the above-named action. We submit the instant letter jointly with counsel for Defendants. On June 1, 2020, all parties attended a full-day mediation. The action did not settle. As a result, the parties respectfully request that completion of discovery deadlines be extended as follows:

1. Completion of fact discovery by:
    a. Plaintiffs propose October 2, 2020;
    b. Defendants propose January 10, 2021
2. Final pretrial conference on:
    a. Plaintiffs propose October 20, 2020 at 10:00 A.M.
    b. Defendants propose January 28, 2021

At the final pretrial conference, the parties shall be prepared to:

    1.      To state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE;
    2.      Be prepared to schedule disclosure of any expert reports and expert depositions;
    3.      To articulate the basis for any anticipated summary judgment motions and to be familiar with any pre-motion conference procedures required by the district judge presiding over the case; and,
    4.      To state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.

    Defendants request a settlement conference.

We thank the Court for the time and attention to this matter.

>Respectfully submitted,
>
>By: ___/s/ Clifford Tucker___
>    Clifford Tucker, Esq.