**LAW OFFICE OF JACK ANGELOU**
145 Willis Avenue
Mineola, New York 11501

Jack Angelou, Esq.          jackangelou@gmail.com          Tel: 917-514-5697

June 29, 2020

BY ECF
Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  Arriola et al v. ECCGP LLC et al;  CASE #: 1:19-cv-00849-FB-SMG**

Dear Judge Gold:

I was ordered today by Judge Tracy Robbins of Nassau District Court at 12:20 PM that I am to attend an emergency SKYPE appearance at 2:30 PM in the matter of *People v. Blot*, a criminal matter that involves, *inter alia*, Defendant's access to his children. The emergency conference was necessitated by issues that arose at an earlier conference this morning.

Therefore, unfortunately, and with my profound apologies to the Court and my adversary, whom I have already advised of this emergency application, I will be unable to attend the conference scheduled for this afternoon in the above matter. I will of course be in contact with the Court to ascertain the adjourned date.

I thank the Court for all courtesies extended.

Respectfully submitted,

*Jack Angelou*
Jack Angelou, Esq.

cc:     Michael Faillace & Associates, P.C.
        One Grand Central Place
        60 East 42nd Street, Suite 4510
        New York, NY 10165
        (tel) 212-317-1200
        (fax) 212-317-1620
        ctucker@faillacelaw.com